MARCH 4, 1963.

No. 368. RETAIL CLERKS INTERNATIONAL ASSOCIATION, LOCAL 1625, AFL–CIO, ET AL. *v.* SCHERMERHORN ET AL. Certiorari, 371 U. S. 909, to the Supreme Court of Florida; and

No. 404. NATIONAL LABOR RELATIONS BOARD *v.* GENERAL MOTORS CORP. Certiorari, 371 U. S. 908, to the United States Court of Appeals for the Sixth Circuit. The motion of American Federation of Labor et al. for leave to file a brief, as *amici curiae,* is granted. The motion of American Federation of Labor et al. for leave to argue, as *amici curiae,* is denied. MR. JUSTICE GOLD-

BERG took no part in the consideration or decision of these motions. *J. Albert Woll, Robert C. Mayer, Theodore J. St. Antoine, Thomas E. Harris, Joseph L. Rauh, Jr., John Silard* and *Harold A. Cranefield* on the motions. *Bernard B. Weksler* for respondents in No. 368 in opposition to the motion for leave to argue as *amici curiae.*